August 6, 2023

Hon. Arlene Lindsay
814 Federal Plaza
Central Islip, New York 11722

        Re:    Farmington Casualty Company et al v. All County, LLC et al
               22-cv-01067

Dear Hon. Madam:

Please note that we apologize for not complying with the three (3) page limit as to our letter motion to quash and for a protective order. I failed to check Your Honor's part rules prior to making the instant motion.

Kindly consider our motion as had we truncated it to three (3) pages, we would have omitted certain pages that duplicate exhibits and had not used as many block quotes.

We will comply with this Court's rules in the future.

Very Truly Yours,
THE LAW OFFICE OF JASON TENENBAUM PC


*/s/ Jason  Tenenbaum*
Jason Tenenbaum, Esq.