

445 Broadhollow Road
Suite 420
Melville, New York 11747
P: 631.390.0010
F: 631.393.5497

**www.bgslaw-ny.com**

VINCENT F. GERBINO
MANAGING PARTNER

VGERBINO@BGSLAW-NY.COM
EXT. 106
ADMITTED IN NY AND NJ

August 7, 2023

**VIA E-FILING**

Honorable Judge Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          Re:    **Travelers Insurance Company, et al. v. All County LLC, et al.**
                  **Case #: 22-CV-01067**
                  **BGS&A File No.:  150-3000B**

Dear Judge Kovner:

     This letter is being filed pursuant to the *Individual Practice Rules of Judge Rachel P. Kovner, Rule IV. B. 3. (a)* entitled *The Bundling Rule*.

     On this date, August 7, 2023, the Plaintiffs served Defendants' counsel with the Plaintiffs' Opposition to the Defendants' motion to dismiss the Plaintiffs' complaint pursuant to *F.R.C.P. § 12(c)*.

          Respectfully,

          *Vincent F. Gerbino*

          Vincent F. Gerbino

VFG/mmc

445 Broad Hollow Road
Suite 420
Melville, New York 11747
P: 631.390.0010/F: 631.393.5497

777 Terrace Avenue
Suite 601
Hasbrouck Heights, New Jersey 07604
P: 631.390.0010/ F: 201.995.1398