

445 Broadhollow Road
Suite 420
Melville, New York 11747
P: 631.390.0010
F: 631.393.5497

www.bgslaw-ny.com

VINCENT F. GERBINO

VGERBINO@BGSLAW-NY.COM
EXT. 106

October 27, 2023

The Honorable Arlene R. Lindsay
Eastern District of New York
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451

    Re: *Farmington Casualty Company et al. v. All County, LLC et al*. 22-cv-1067
       Notification of Settlement In Principal

Dear Judge Lindsay:

The Plaintiffs submit this letter on behalf of all parties in this action. The parties have reached a tentative settlement in principal of this matter. We are currently working out the language of what will be the settlement agreement. Although the settlement has yet to be finalized, we are confident that the settlement will be concluded.

The parties wish to save the Court much time and effort in addressing the multiple motions and oppositions (Doc 29-39) that are now pending before this Court. As such we request that all motions before this Honorable Court be held in abeyance until the completion of the settlement at which time said motions will be rendered moot.

I am filing a similar letter addressed to Judge Kovner before whom a Motion for Judgement on the Pleadings is currently pending.

            Respectfully,
            /s/*Vincent Gerbino*
            Vincent Gerbino